FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2012 APR 26 PM 4: 42

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

DANIEL WHITE

CASE NO. 8:12-Cr-173-T-23EAJ
18 U.S.C. § 287
18 U.S.C. § 1028A(a)(1)

INDICTMENT    SEALED

The Grand Jury charges:

**COUNTS ONE THROUGH THIRTY-NINE**
(False Claims–18 U.S.C. § 287)

On or about the dates listed below in each count, within the Middle District of Florida and elsewhere,

DANIEL WHITE,

the defendant herein, knowingly made and presented, and caused to be made and presented to the Internal Revenue Service, an agency of the Department of the Treasury, the following claims against the United States for payment, which he knew to be false, fictitious, and fraudulent with respect to material facts, in claims for federal income tax refunds for the individuals named below, in the amounts listed below:

| COUNT | TAXPAYER NAME ON RETURN | TAX RETURN YEAR | DATE CLAIM PRESENTED | FALSE CLAIM AMOUNT |
|---|---|---|---|---|
| One | C.G. | 2010 | May 11, 2011 | $4,344.00 |
| Two | F.G. | 2010 | May 11, 2011 | $4,726.00 |
| Three | D.G. | 2010 | May 12, 2011 | $4,520.00 |
| Four | J.G. | 2010 | May 12, 2011 | $5,270.00 |
| Five | S.A. | 2010 | May 23, 2011 | $4,000.00 |
| Six | M.H. | 2010 | May 25, 2011 | $4,000.00 |
| Seven | R.S. | 2010 | June 14, 2011 | $4,500.00 |
| Eight | M.G. | 2010 | June 14, 2011 | $4,500.00 |
| Nine | L.O. | 2010 | June 15, 2011 | $4,500.00 |
| Ten | C.L. | 2010 | June 18, 2011 | $4,500.00 |
| Eleven | J.M. | 2010 | June 18, 2011 | $4,500.00 |
| Twelve | M.H. | 2010 | June 18, 2011 | $4,500.00 |
| Thirteen | W.R. | 2010 | June 29, 2011 | $4,000.00 |
| Fourteen | R.N. | 2010 | June 29, 2011 | $4,000.00 |
| Fifteen | H.B. | 2010 | June 29, 2011 | $4,000.00 |
| Sixteen | S.Y. | 2010 | July 6, 2011 | $7,817.00 |
| Seventeen | H.S. | 2010 | July 6, 2011 | $8,042.00 |
| Eighteen | T.M. | 2010 | July 6, 2011 | $7,470.00 |
| Nineteen | B.F. | 2010 | July 7, 2011 | $7,955.00 |
| Twenty | C.P. | 2010 | July 7, 2011 | $7,717.00 |
| Twenty-One | J.P. | 2010 | July 7, 2011 | $8,355.00 |
| Twenty-Two | C.F. | 2010 | July 10, 2011 | $7,932.00 |
| Twenty-Three | M.G. | 2010 | July 13, 2011 | $8,174.00 |
| Twenty-Four | F.W. | 2010 | July 13, 2011 | $8,064.00 |
| Twenty-Five | R.R. | 2010 | July 24, 2011 | $8,292.00 |

| COUNT | TAXPAYER NAME ON RETURN | TAX RETURN YEAR | DATE CLAIM PRESENTED | FALSE CLAIM AMOUNT |
|---|---|---|---|---|
| Twenty-Six | A.B. | 2010 | July 24, 2011 | $8,075.00 |
| Twenty-Seven | M.P. | 2010 | July 27, 2011 | $7,894.00 |
| Twenty-Eight | S.H. | 2010 | July 27, 2011 | $7,999.00 |
| Twenty-Nine | L.I. | 2010 | August 27, 2011 | $9,532.00 |
| Thirty | D.H. | 2010 | August 17, 2011 | $4,000.00 |
| Thirty-One | M.W. | 2010 | August 20, 2011 | $4,000.00 |
| Thirty-Two | T.P. | 2010 | August 31, 2011 | $8,490.00 |
| Thirty-Three | G.S. | 2010 | August 31, 2011 | $7,717.00 |
| Thirty-Four | J.V. | 2010 | October 12, 2011 | $9,380.00 |
| Thirty-Five | T.P. | 2010 | October 12, 2011 | $9,124.00 |
| Thirty-Six | T.G. | 2010 | October 12, 2011 | $4,000.00 |
| Thirty-Seven | D.S. | 2010 | October 12, 2011 | $4,000.00 |
| Thirty-Eight | L.B. | 2010 | October 18, 2011 | $9,055.00 |
| Thirty-Nine | N.M. | 2010 | October 20, 2011 | $9,588.00 |

All in violation of Title 18, United States Code, Sections 287 and 2.

## COUNT FORTY
### (Aggravated Identity Theft - 18 U.S.C. § 1028A(a)(1))

On or about May 11, 2011, in Hillsborough County, in the Middle District of Florida and elsewhere, the defendant,

DANIEL WHITE,

during and in relation to a felony violation involving theft of government funds, in violation of Title 18, United States Code, Section 641, did knowingly possess

3

and use, without lawful authority, a means of identification of another person, to wit: the name and social security number of decedent "C.G."

In violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
AMANDA C. KAISER
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Chief, General Crimes Section

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

DANIEL WHITE

## INDICTMENT

Violations:

Title 18, United States Code, Section 287 - Counts One - Thirty-Nine
Title 18, United States Code, Section 1028A(a)(1) - Count Forty

A true bill,

_____
Foreperson

Filed in open court this 26th day

of April, 2012.

_____
Clerk

Bail $_____